IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES WESLEY JOHNSON                                                                PLAINTIFF

v.                                          Case No. 6:23-cv-6141

KITCHEN MANAGER JESSEE HUND
HAUSEN; CAPTAIN BELINDA CROSGROVE;
SERGEANT R. HADLEY; and
LIEUTENANT CHRIS MCFEE                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 31, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 46. Judge Comstock recommends that this case be dismissed with prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 46) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge